# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2247

In Re: Insurance Brokerage

MDL-1663 & 2-04-cv-05184

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: August 13, 2012

cc:   Robert A. Alessi, Esq.          Leda D. Wettre, Esq.
      John J. Butts, Esq.
      Bryan L. Clobes, Esq.
      Louis G. Corsi, Esq.
      Patricia C. Crowley, Esq.
      Beth L. Fancsali, Esq.
      Carolyn H. Feeney, Esq.
      Andrew C. Finch, Esq.
      Michael J. Garvey, Esq.
      James M. Griffin, Esq.
      Steven P. Handler, Esq.
      Edith M. Kallas, Esq.
      William J. Kolasky Jr., Esq.
      Daniel E. Laytin, Esq.
      Daniel J. Leffell, Esq.
      A. Camden Lewis, Esq.
      Michael L. McCluggage, Esq.
      Ellen Meriwether, Esq.
      Richard C. Pepperman ,II, Esq.
      Lazar P. Raynal, Esq.
      Donald A. Robinson, Esq.
      Brian E. Robison, Esq.
      Suzanne I. Schiller, Esq.
      Patrick T. Shilling, Esq.
      John L. Thurman, Esq.



A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.